IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA GUBALA, | ) |
| | ) Civil Action No. 2:20-cv-0268 |
| Plaintiff, | ) |
| | ) HONORABLE CATHY BISSOON |
| v. | ) |
| | ) |
| LEMIEUX GROUP, LP, t/d/b/a | ) |
| THE PITTSBURGH PENGUINS, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted:

s/Joel S. Sansone
Law Offices of Joel S. Sansone
PA ID No. 41008
Two Gateway Center, Suite 1290
Pittsburgh, Pennsylvania 15222
412.281.9194
Counsel for Plaintiffs

s/James F. Glunt
James F. Glunt, Esquire
Reed Smith
Reed Smith Center
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222

By the Court:

_____ J